**Marilyn Ann BONIABY, Plaintiff–Appellant,**

v.

**SECURITAS SECURITY SERVICES USA, INC., Defendant–Appellee.**

No. 07–40226
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 27, 2007.

Mark Aronowitz, Texas City, TX, for Plaintiff–Appellant.

---

**332**

Barry Andrew Moscowitz, Thompson, Coe, Cousins & Irons, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Proceeding *pro se*, Marilyn Boniaby appeals on the sole ground that the arbitration agreement she signed is invalid because of procedural unconscionability. To show that, a plaintiff must present evidence of the defendant's "overreaching or sharp practices" combined with the plaintiff's "ignorance or inexperience." *Fleetwood Enter., Inc. v. Gaskamp*, 280 F.3d 1069, 1077 (5th Cir.), *modified on other grounds on denial of rehearing*, 303 F.3d 570 (5th Cir.2002) (per curiam). Nothing in the record reflects the sort of sharp practices the courts have required to establish unconscionability, nor has Boniaby indicated she was incapable of understanding the acknowledgement she signed.

The district court properly compelled arbitration, and the judgment is AFFIRMED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.